JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDIUM INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZYXEL COMMUNICATIONS, INC. ET AL. AND DOE DEFENDANTS 1-10 <br><br> Defendants. | Case No. SACV-12-2014-DOC (JPRx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE [83]** <br><br><br> **Judge Carter** |

On this day, Plaintiff Gordium Innovations, LLC and TP-LINK USA Corporation (jointly referred to as "Parties"), by and through their undersigned counsel, filed a stipulation of dismissal to dismiss all causes of action asserted and which could have been asserted in this suit with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that both Gordium's claims for relief against TP-Link and TP-Link's claims for relief against Gordium are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.
Dated: February 20, 2014

Hon. David O. Carter
United States District Judge

- 1 -